# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER JONES, | ) | 3:00-CV-0509-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 24, 2008 |
| | ) | |
| BECKI LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for order (#320) concerning funds in his inmate account. Defendants filed a response (#325) and plaintiff filed a reply (#326).

In his motion, plaintiff claims that the proceeds from the settlement in this action were placed in the wrong trust account rather than Trust Account 2 pursuant to AR 258 Section 1.1.2.1. Defendant filed a response to the motion (#325) stating that defense counsel would attempt to remedy this issue by meeting with plaintiff prior to the April 24, 2008 hearing, and this issue may now be resolved.   In the event that it is not, defendant's counsel is ordered to take the necessary steps to rectify this error.

**IT IS ORDERED** that plaintiff's motion for order (#320) is **GRANTED**.

LANCE S. WILSON, CLERK

By:        /s/
        Deputy Clerk